BIBBINS, (GARDNER v.) See Case No. 5,-222.

BICKET, (UNITED STATES v.) See Case No. 14,590.

## Case No. 1,385.

### BICKFORD v. The CAROLINE.

[Cited in The Eledona, Case No. 4,340. Nowhere reported; opinion not now accessible.]

BICKFORD, (FRANZ & POPE KNITTING MACH. CO. v.) See Case No. 5,061.

BICKFORD, (UNITED STATES v.) See Case No. 14,591.

## Case No. 1,386.

### BICKHAM et al. v. LAKE et al.

[Cited in Estes v. Spain, 19 Fed. 716. Since reported in 51 Fed. 892.]